IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

    Petitioner,                     No. CIV S-07-2802 MCE EFB P

    vs.

DERRAL G. ADAMS, Warden,

    Respondent.                ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 17, 2008, petitioner requested an extension of time to file a response to the court's February 26, 2008, order. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's March 17, 2008, request for extension of time is granted, and petitioner has 30 days from the date this order is served to file a response to the court's February 26, 2008, order.

DATED: March 20, 2008.

                                                      EDMUND F. BRENNAN
                                                      UNITED STATES MAGISTRATE JUDGE