IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

      Petitioner,                   No. CIV S-07-2802 MCE EFB P

      vs.

ANTHONY A. LAMARQUE,
Warden,

      Respondent.                 FINDINGS AND RECOMMENDATIONS

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 26, 2008, the court directed petitioner to demonstrate either that his habeas petition is not second or successive or that he obtained an order from the Ninth Circuit permitting him to proceed on it pursuant to 28 U.S.C. § 2244(b)(3)(A). He has now responded and, for the reasons stated below, the court finds that the petition is second or successive and must be dismissed.

      On February 26, 2008, the court found that the application for a writ of habeas corpus was second or successive, and that petitioner had not demonstrated that he obtained leave from the appellate court to proceed thereon. *See* 28 U.S.C. § 2244(b)(3), (4). The court compared the petition in this case to the petition in *Tate v. Lamarque*, Civ. S-02-2337 MCE GGH. The court determined that petitioner challenges the same judgment in both actions, and although he did not

1

in his original petition present the grounds he presents in this case, he could have presented them. Accordingly, the court gave petitioner the opportunity to demonstrate that he had obtained leave from the appellate court to proceed on the instant petition.

On April 10, 2008, petitioner filed a response to the order which appears to concede that he challenges the same judgment that he challenged previously and that the grounds in the new petition are different. He then argues that this court should direct that the proceedings in *Tate v. Lamarque*, Civ. S-02-2337 MCE GGH be resumed. As explained in the February 26, 2008, order, this court cannot decide whether a federal court may entertain the claims he now seeks to make. The Ninth Circuit must make that decision upon proper application submitted by the petitioner. 28 U.S.C. § 2244(b)(3)(A). The court finds that petitioner has not submitted any evidence that he has made any such application or that the Ninth Circuit has granted it. Petitioner therefore has not made the showing required under 28 U.S.C. 2244(b)(3), (4).

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed on the ground that the petition is second or successive and petitioner has not demonstrated that the Ninth Circuit has granted him leave to file it in this court; and,

2. The Clerk of the Court be directed to terminate document number 10 on the docket.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 13, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2